**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-82-KKC-MAS** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **KENNETH RAY BERRY II,** | |
| **WENCESLAO MARISCAL VALLEJO,** | |
| **aka Edgar Sandoval-Lopez** | |
| **JUSTIN JAMAL JENKINS,** | |
| **EMMA BLAIR, and** | |
| **ROBERTO CARLOS GALLEGO** | |
| **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Magistrate Judge Matthew Stinnett's recommendation (DE 94) that the Court dismiss the First Superseding Indictment (DE 68) in this matter, which names the above-named defendants. At a hearing before Judge Stinnett, the United States orally moved to dismiss the indictment as to all defendants listed on the First Superseding Indictment because it contained an incorrect name.

No defendant has objected to the recommendation, and the Court agrees with its conclusion. Accordingly, the Court hereby ORDERS as follows:

1) the recommendation is ADOPTED by the Court;

2) the government's oral motion to dismiss the First Superseding Indictment is GRANTED; and

3) the First Superseding Indictment (DE 68) is DISMISSED.

This 2nd day of November, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY